# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA, : No. 171 MAL 2015
:
             Respondent     :
                        : Petition for Allowance of Appeal from the
                        : Order of the Superior Court
          v.             :
:
:
:
RAHIEM CARDEL FANT,        :
:
             Petitioner      :

## ORDER

**PER CURIAM**

     **AND NOW**, this 7th day of August, 2015, the Petition for Allowance of Appeal is **GRANTED**, **LIMITED TO** the issue set forth below. Allocatur is **DENIED** as to all remaining issues. The issue is:

> Whether the Superior Court committed an error of law / abuse of discretion in its February 9, 2015 Opinion and Order, in reversing the trial court suppression order based upon its own definition of "telephone calls" and overstepping its standard of review by placing itself as a fact-finder, instead of accepting the findings of fact espoused by the trial court, which were sufficiently supported by the evidence elicited at the suppression hearing?